# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROTTER, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN PFEIFFER, <br><br> Defendant. | 1:18-CV-00259-BAM (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTIONS DEMANDING TRIAL IN 10 DAYS OR LESS <br><br> (Docs. 10, 16, 18) |

Plaintiff James Trotter is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2018, this pending matter was reassigned to the undersigned. (Doc. 19.)

Currently before the Court are Plaintiff's motions demanding trial in 10 days or less, filed on March 8, 2018 (Doc. 10), April 9, 2018 (Doc. 16), and April 24, 2018 (Doc. 18). In his motions, Plaintiff seeks a trial in 10 days or less in this matter. Plaintiff states that he is being discriminated against.

Plaintiff's requests to set this matter for trial are premature. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's amended

complaint will be screened in due course.  There are hundreds of prisoner civil rights cases presently pending before the court, and delays are inevitable despite the Court's best efforts.

Plaintiff is further informed that his motions are duplicative. Once a motion is filed, further identical motions should not be filed. Duplicative motions are subject to being stricken.

Accordingly, Plaintiff's motions demanding trial in 10 days or less (Docs. 10, 16, 18) are HEREBY DENIED.

IT IS SO ORDERED.

Dated: **June 5, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE