# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROTTER,<br><br>            Plaintiff,<br><br>     v.<br><br>WARDEN PFEIFFER, et al.,<br><br>            Defendants. | Case No. 1:18-cv-00259-LJO-BAM (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE<br><br>(ECF No. 47) |

Plaintiff James Trotter is a state prisoner currently proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on January 22, 2018. (ECF No. 1.)

On March 22, 2019, the Court screened Plaintiff's complaint and granted Plaintiff leave to file a first amended complaint. (ECF No. 24.)

On April 15, 2019, Plaintiff filed a first amended complaint. (ECF No. 27.)

On July 3, 2019, the Court issued a screening order finding that Plaintiff's first amended complaint fails to comply with Federal Rule of Civil Procedure 8 and fails to state any cognizable claim for relief. (ECF No. 37.) The Court granted Plaintiff thirty days to either file a second amended complaint or a notice of voluntary dismissal. (Id. at 15-16.)

On August 1, 2019, the Court issued an order denying Plaintiff's motion for new trial, review of evidence, immediate release, restoration of bail, and appointment of counsel. (ECF No.

1

41.)

On August 9, 2019, the Court issued an order denying Plaintiff's motion for new trial, review of evidence, resentencing, and appointment of counsel. (ECF No. 43.)

Also, on August 9, 2019, Plaintiff filed a motion for an extension of time to file a second amended complaint. (ECF No. 44.)

On August 13, 2019, the Court issued an order granting Plaintiff's motion for an extension of time to file a second amended complaint and denying, without prejudice, Plaintiff's motion for appointment of counsel. (ECF No. 46.)

On August 22, 2019, the Court's August 1, 2019 order was returned as "Undeliverable, Inmate Refused." Also, on August 22, 2019, the Court's August 9, 2019 order was returned as "Undeliverable, Refused." On September 9, 2019, the Court's August 13, 2019 order was returned as "Undeliverable, Unable to Forward."

On October 31, 2019, after Plaintiff failed to file a notice of change of address, file a second amended complaint, or otherwise communicate with the Court for more than sixty-three days, the undersigned issued findings and recommendations recommending that this action be dismissed based on Plaintiff's failure to prosecute this action. (ECF No. 47.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 3.)

Rather than file objections to the findings and recommendations, Plaintiff filed a second amended complaint on November 18, 2019. (ECF No. 48.)

Accordingly, the October 31, 2019 findings and recommendations, (ECF No. 47), are HEREBY VACATED. Plaintiff's second amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **November 20, 2019**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2